**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    Bankruptcy No. 13-22125 CMB

    Shanni Snyder

        Debtor*

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor(s):

    A petition under title 11, United States Code was filed against you on 2/11/2013 in this bankruptcy court, requesting an order for relief under chapter 7 of the bankruptcy code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days from service of this summons.  A copy of the petition is attached.

        Address of Clerk:
            John J. Horner
            Clerk, U.S. Bankruptcy Court
            5414 U.S. Steel Tower
            600 Grant Street
            Pittsburgh, PA   15222

At the same time you must also serve a copy of your motion or answer on petitioner.

        Name and Address of Petitioner:
        Michael Sussman
        9450 SW Gemini 10287
        Beaverton, OR  97008

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).  If you fail to respond to this summons, the order for relief will be entered.

        John J. Horner
        Clerk, U.S. Bankruptcy Court

| May 20, 2013 | By: | Lauren P. Leath |
|---|---|---|
| Date | | Deputy Clerk |

*Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005).

#94d-I

B13 (Reverse)
(Rev. 10/87)

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.
(name)

I further certify that the service of this summons and a copy of the complaint was made _____
by: (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows:
(name of state)
[Describe briefly.]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____      _____
*Date*                                                                                                  *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |