UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801

Telephone (412) 644-4060

JOHN J. HORNER
CLERK OF COURT

# INSTRUCTIONS TO PETITIONER - INVOLUNTARY CASES

**CASE NAME:**    Shanni Snyder

**CASE NUMBER:**    13-22125 CMB

Summonses have been enclosed.

It is your responsibility to serve the summons upon the debtor. Service of the summons, together with a copy of your petition, shall be within fourteen (14) days of the date of issuance. [See Federal Rules of Bankruptcy Procedure 1010 and 7004 (f).]

The persons making service must complete the affidavit on the back of the original summons, enclosed herewith, and file the same with the Clerk's Office.

John J. Horner
Clerk, U.S. Bankruptcy Court

| May 20, 2013 | Lauren P. Leath |
|---|---|
| Date | Deputy Clerk |

Enclosures

#36e-I