IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Shanni Snyder

Bankruptcy No. 13-22125- CMB

Debtor*

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor(s):

A petition under title 11, United States Code was filed against you on 2/11/2013 in this bankruptcy court, requesting an order for relief under chapter 7 of the bankruptcy code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days from service of this summons. A copy of the petition is attached.

    Address of Clerk:  
        John J. Horner  
        Clerk, U.S. Bankruptcy Court  
        5414 U.S. Steel Tower  
        600 Grant Street  
        Pittsburgh, PA   15222

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner:  
        Michael Sussman  
        9450 SW Gemini 10287  
        Beaverton, OR 97008

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c). If you fail to respond to this summons, the order for relief will be entered.

        John J. Horner  
        Clerk, U.S. Bankruptcy Court

| June 20, 2013 | By: | Adriane Alampi |
|---|---|---|
| Date | | Deputy Clerk |

*Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005).

#94d-I

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of
(name)

process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____
by:                                                                                                                                                    (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows:
(name of state)
[Describe briefly.]


Under penalty of perjury, I declare that the foregoing is true and correct.


_____                              _____
Date                                                                                                  Signature

| Print Name |
|---|
|  |
| Business Address |
|  |
| City                                   State                         Zip |