# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHANNI SNYDER, | ) Bankruptcy No. 13-22125 CMB |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| ROBERT BIROS, | ) Docket No. 19 |
| | ) Related to Docket No. |
| Movant, | ) |
| | ) Hearing Date & Time: |
| vs. | ) |
| | ) |
| SHANNI SNYDER, | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES, Robert Biros, by and through his counsel, Rodney D. Shepherd, Esquire, who hereby requests a termination of the Automatic Stay and leave to continue pursuing Movant's state court remedies.

1. That this action is commenced pursuant to 11 U.S.C. $$ 361, 362, 363, 554(b) and other Sections of Title 11 of the U.S. Bankruptcy Code.

2. That an involuntary bankruptcy was filed was filed on behalf of the Debtor, Shannie Snyder on February 11, 2013 in the U.S. Bankruptcy Court, District of South Carolina by Michael Sussman, 9450 SW Gemini, Beaverton, OR 97008.

3. On or about May 15, 2013, the case was transferred to the U.S. Bankruptcy Court, Western District of Pennsylvania.

4. Robert Biros, the Movant in the above-captioned case, is an individual residing at 3285 Jacks Run Road, White Oak, PA 15131.

5. Shanni Snyder, the Respondent in the above-captioned case, is an individual residing at 2009 Leuhm Avenue, North Versailles, PA 15137.

6. Robert Biros, the Movant herein, is the owner of an apartment building located at 2001-2009 Leuhm Avenue, North Versailles, Pennsylvania that has a Lot and Block Number of 645-R-150 (See Deed, attached as Exhibit A).

7. Debtor, Shannie Snyder, without the Movant's knowledge and authorization, commenced her occupancy of the Movant's premises, more specifically 2009 Leuhm Avenue, North Versailles, PA 15137 in approximately September of 2011.

8. Prior to the filing of the involuntary bankruptcy, Debtor has resided at the subject premises for approximately eight months and has made no rental payments.

9. Movant has not been adequately protected by monthly rental payments since the filing of the Debtor's petition.

10. Movant has an individual that is interested in renting the premises for $880.00 per month as unfurnished. Debtor is residing in the premises that is currently furnished that would allow for a higher rental payment above $880.00.

11. At the time that the involuntary bankruptcy petition was filed on behalf of the Debtor, the Movant was pursuing his state court remedies (See Docket Sheet, attached as Exhibit B), but was unable to proceed further upon the filing of the involuntary bankruptcy petition.

12. That this Movant is entitled to relief from stay to continue his state court remedies thereon and commence an Eviction Action against the real property referenced herein if necessary.

WHEREFORE, Movant prays for an Order from this Court:

1. Granting relief from stay to enable Movant to pursue his state court remedies herein: and

2. Permitting Movant to commence an Eviction Action against the real property referenced herein if necessary, and

3. For such other and further relief as equity and/or law entitles Movant to receive.

Dated: 08/20/2013                                Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esq.
Attorney for the Movant
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street,
Suite 208
Pittsburgh, PA 15203
(412) 471-9670