

# This Indenture

day of August 19 82

Between --PARKVALE SAVINGS ASSOCIATION.

a Corporation organized and existing under the laws of the Commonwealth of Pennsylvania,

having its principal place of business in the City of Pittsburgh, County of Allegheny,

(hereinafter called "Grantor")

AND

--ROBERT BIROS

(hereinafter called "Grantee")

Witnesseth, That the said Grantor in consideration of ---$150,000.00---

ONE HUNDRED FIFTY THOUSAND------------------------------------------------Dollars,

paid to the Grantor by the Grantee, receipt of which is hereby acknowledged, does grant, bargain, sell and convey to the said Grantee, his heirs and assigns

All those two certain lots or pieces of ground situate in the Township of North Versailles, County of Allegheny and Commonwealth of Pennsylvania, being Lots Nos. Seventeen (17) and Eighteen (18) in the Oakridge Manor Plan of Lots as recorded in the Recorder's Office of Allegheny County in Plan Book Volume 99, pages 177 to 183 inclusive.

HAVING erected thereon 10 partially completed townhouse units on Leuhm Avenue, North Versailles Township, Allegheny County, known as Buildings 17 and 18.

AND

ALL that certain tract of land situate in the Township of North Versailles, Allegheny County, Pennsylvania, said tract being now known as Oakridge Manor Plan No. 2 to be recorded in the Recorder's Office of Allegheny County, bounded and described as follows, to-wit:

BEGINNING at a point, an iron pin on the Northerly right-of-way line of Leuhm Avenue, the terminus of Leuhm Avenue on the Easterly property line of Catholic Institute of Pittsburgh, Inc.;
THENCE across the terminus of Leuhm, along said Easterly property line of Catholic Institute of Pittsburgh, Inc., along the boundary line of Hickman Plan of Lots, South 28° 47' East, 580.72 feet to a point, an iron pin, common corner of said Hickman Plan of Lots, lands now or formerly of said Catholic Institute, and the Northerly property line of East Allegheny School District;
THENCE along lands of said East Allegheny School District North 87° 43' 30" West, 316.92 feet to a point, an iron pin, on the said Northerly boundary line of said East Allegheny School District, common corner of this tract and lands now or formerly of Paul Hussung Estate, now lands of A.C.R.O. Corporation;
THENCE North 28° 58' 22" West, 331.60 feet to a point, said corner being located at the intersection of the Northerly right-of-way boundary of said Leuhm Avenue as extended in a straight line and Easterly boundary line of said tract of land formerly of

ivo. 6515 PAGE 629

Exhibit A

Paul Massung Estate, now lands of A.C.R.O. Corporation, common corner of the residue now or formerly of Catholic Institute of Pittsburgh, Inc.;
THENCE along the northerly right-of-way line of Leuhm Avenue as extended to intersect with the Easterly boundary line of land formerly of Paul Massung Estate, now lands of A.C.R.O. Corporation, North 43° 46' 45" East, 286.14 feet to a point, the place of beginning.

CONTAINING 2.85 acres more or less.

EXCEPTING and reserving unto the Catholic Institute of Pittsburgh, Inc., its successors and assigns, the full, free liberty and right at all times hereafter forever, to have and use a right-of-way twenty-five (25) feet wide along the Northwest side of the tract described herein, for purposes of ingress and egress to Leuhm Avenue as it now exists with the use and occupation of other lands now owned by said Catholic Institute adjoining the tract herein conveyed, said right-of-way being 285.14 feet in length.

34

The above two parcels are more particularly set forth in the Oakridge Manor Plan of Lots as recorded in the Recorder of Deeds Office of Allegheny County, Pennsylvania in Plan Book Volume 99, pages 177 through 183.

BEING part of the same property granted and conveyed unto Parkvale Savings Association by Deed from A.C.R.O. Corporation, a Pennsylvania Corporation, dated the 9TH day of July, 1982 and recorded in the Recorder of Deeds Office of Allegheny County, Pennsylvania in Deed Book Volume 6500, page 322-327.







vol 6515 page 630

*with the appurtenances:*   **To Have and To Hold**   *the same to and for the use of the said*

Grantee ,   his heirs                                                 *and assigns forever, and the*

*Grantor, for its successors and assigns, hereby covenants and agrees that it will WARRANT\**

   Generally   *the property hereby conveyed.*

NOTICE—THIS DOCUMENT MAY NOT / DOES NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE / HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND, IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR OTHER STRUCTURE ON OR IN SUCH LAND. THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT. [This notice is set forth in the manner provided in Section 1 of the Act of July 17, 1957, P. L. 984, as amended, and is not intended as notice of unrecorded instruments, if any.]



*This Deed is made under and by virtue of a Resolution of the Board of Directors of the Grantor duly passed at a regular meeting thereof, held on the* ...18th... *day of* ...March..., *A. D. 19..82., a full quorum being present, authorising and directing the same to be done.*

**In Witness Whereof**, *The said Grantor has caused its common and corporate seal to be affixed to these presents by the hand of its*   Vice- President, *and the same to be duly attested by its*   Corporate   Secretary. *Dated the day and year first above written.*

Attest:                              PARKVALE SAVINGS ASSOCIATION
                                     _____
                                             *(Name of Corporation)*

_____        By _____
   Corporate *Secretary*                 Vice-  *President*


**NOTICE** THE UNDERSIGNED, AS EVIDENCED BY THE SIGNATURE(S) TO THIS NOTICE AND THE ACCEPTANCE AND RECORDING OF THIS DEED, (IS, ARE) FULLY COGNIZANT OF THE FACT THAT THE UNDERSIGNED MAY NOT BE OBTAINING THE RIGHT OF PROTECTION AGAINST SUBSIDENCE, AS TO THE PROPERTY HEREIN CONVEYED, RESULTING FROM COAL MINING OPERATIONS AND THAT THE PURCHASED PROPERTY, HEREIN CONVEYED, MAY BE PROTECTED FROM DAMAGE DUE TO MINE SUBSIDENCE BY A PRIVATE CONTRACT WITH THE OWNERS OF THE ECONOMIC INTEREST IN THE COAL. THIS NOTICE IS INSERTED HEREIN TO COMPLY WITH THE BITUMINOUS MINE SUBSIDENCE AND LAND CONSERVATION ACT OF 1966.

WITNESS OR ATTEST:
                                     ROBERT BIROS

*\*If general warranty deed is desired, insert GENERALLY.*
*If special warranty deed is desired, insert SPECIALLY.*

Commonwealth of Pennsylvania } ss:
County of ALLEGHENY

On this 5th day of August, A.D. 19 82, before me, a Notary Public, the undersigned officer, personally appeared William Garbart, who acknowledged himself to be the Vice-President of PARKVALE SAVINGS ASSOCIATION, a corporation, and that he as such Vice-President, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Vice-President.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public    Title of Officer

LINDA J. _____ NOTARY PUBLIC
PITTSBURGH, ALLEGHENY COUNTY
MY COMMISSION EXPIRES MAY 14, 1983
Member, Pennsylvania Association of Notaries

### CERTIFICATE OF RESIDENCE

I hereby certify that the precise residence of the grantee herein is: 3285 Jacks Run Road, White Oak, McKeesport, Pa. 15131

_____
For Grantee

---

DEED

From
PARKVALE SAVINGS ASSOCIATION

To
ROBERT BIROS

MAIL TO:
Mr. Robert Biros
3285 Jacks Run Road
White Oak
McKeesport, PA 15131

Recorded 6-6-82

---

Commonwealth of Pennsylvania, } ss:
County of ALLEGHENY

Recorded on this 6th day of Aug.,
A.D. 19 82, in the Recorder's Office of the said County, in Deed Book,
Vol. 6515, page 629

Given under my hand and the seal of the said office the day and year aforesaid.

_____
Recorder

VOL 6515 PAGE 632