You can use your browser **BACK** button to return to previous page.

[New Case Number]  [Sheriff Service History]  [Notification History]  [Docket Report]  [Account Information]  [Home]

## LT-12-000950                                                                 Biros vs Snyder

| | | | |
|---|---|---|---|
| *Filing Date:* | 10/09/2012 | *Case Type:* | **Defendant's MDJ Appeal (LT)** |
| *Filing Time:* | | *Court Type:* | **Arbitration** |
| *Related Cases:* | -- | *Current Status:* | **Suggestion of Bankruptcy** |
| *Judge:* | **Wettick Jr. R. Stanton** | *Jury Requested:* | **No** |
| *Amount In Dispute:* | **$ .00** | | |

**\*Click on PartyID hyperlink to see Alternative name for the party.**

### Parties

#### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @885494 | Biros | Robert | --- | Plaintiff | 3285 Jacks Run Road White Oak PA 15131 | -- | -- |
| @1049992 | Snyder | Shannie | --- | Defendant | 2009 Leuhm Avenue North Versailles PA 15137 | -- | Pro Se, |

#### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| PROSE | Pro Se | --- | --- | Defendant's Attorney | No Default Address Available | -- |

#### -- Non Litigants --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| ARBC | Arbitration Center | --- | --- | Arbitration Center | 414 Grant Street Courtroom 2 7th Floor Pittsburgh PA 15219 | -- |
| JFOLINO | Folino | Ronald | W. | Judge | 704 City-County Building Pittsburgh PA 15219 | (412) 3504535 |
| JWETTICK | Wettick Jr. | R. | Stanton | Judge | 818 City-County Building Pittsburgh PA 15219 | (412) 3505953 |

\*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

### Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| 02/14/2013 | Suggestion of Bankruptcy | Suggestion of bankruptcy. | Snyder Shannie | Document 28 |
| 02/12/2013 | Suggestion of Bankruptcy | Of Defendant at bankruptcy #13-00822 in District of South Carolina. | Snyder Shannie | Document 26 |
| 02/11/2013 | Amended Answer and New Matter | and counterclaim. | Snyder Shannie | Document 25 |

| Date | Type | Description | Party | Document |
|---|---|---|---|---|
| 02/08/2013 | Order of Court | Order of Court dated 2/8/13 - motion is denied. (Judge Wettick) | Wettick Jr. R. Stanton | Document 27 |
| 01/29/2013 | Motion | To assign case and outstanding motions to the special motions judge | Snyder Shannie | Document 23 |
| 01/28/2013 | Motion | to Assign Case and Outstanding Motions to the Special Motions Judge | Snyder Shannie | Document 24 |
| 01/25/2013 | Motion | 2/14/2013 9:30 AM. | Biros Robert | Document 22 |
| 01/14/2013 | Preliminary Objections | Preliminary Objections New Matter and Counterclaims 2/14/2013 10:15 Motions. | Biros Robert | Document 20 |
| 01/07/2013 | Answer New Matter & Counterclaim | | Snyder Shannie | Document 19 |
| 12/28/2012 | Order of Court | Order of Court dated 12/28/12 - motion is granted. The arbitration award of 11/29/12 is stricken. (Judge Wettick) | Wettick Jr. R. Stanton | Document 18 |
| 12/18/2012 | Motion | For argument on 12/28/2012 Wettick, J. | Snyder Shannie | Document 16 |
| 12/18/2012 | Order of Court | Dated 12/07/12, Amended Complaint to be filed within 20 days. Wettick J. Copies mailed 12/17/12. (ON 12/07/12, ORDER PLACED IN FILED WITHOUT BEING SPREAD, ORDER WAS SPREAD 12/18/12). | Wettick Jr. R. Stanton | Document 15 |
| 12/17/2012 | Motion | to set aside arbitration award | Snyder Shannie | Document 17 |
| 12/11/2012 | Amended Complaint | action in ejectment | Biros Robert | Document 12 |
| 12/07/2012 | Motion & Order | Dated 12/07/12, Motion to Establish Rent Pending Appeal is denied. Wettick J. Copies mailed 12/13/12. | Biros Robert | Document 13 |
| 11/29/2012 | Award for Plaintiff | on claim for possession based on end of lease term. Dated 11/29/12. Notice of award sent. Arbitration Board #35942 AS PER ORDER OF COURT DATE 12/28/2012 ARBITRATION AWARD IS STRICKEN. | Arbitration Center | Document 11 |
| 11/27/2012 | Order of Court | Dated 11/27/12, Motion for Continuance is denied. Folino J. | Folino Ronald W. | Document 10 |
| 10/26/2012 | Motion | For Continuance | Snyder Shannie | Document 9 |
| 10/25/2012 | Preliminary Objections | | Snyder Shannie | Document 7 |
| 10/25/2012 | Preliminary Objections | Raising Issues of fact to landlord's complaint For argument on 12/07/2012 Wettick, J. | Snyder Shannie | Document 8 |
| 10/18/2012 | Motion | for injunction. | Snyder Shannie | Document 6 |
| 10/17/2012 | Complaint from MDJ Decision | Complaint for possession and dollar amount of $Back rent Hearing Date 11/29/2012 Copy of complaint and notice of intention to appear sent by regular mail by Department of Court Records, Civil Division on 10/17/2012 | Biros Robert | Document 5 |
| 10/09/2012 | Tenant's Affidavit of Rent | | Snyder Shannie | Document 3 |

Case 13-22125-CMB    Doc 20-2    Filed 08/21/13    Entered 08/21/13 14:06:25    Desc
Exhibit    Page 3 of 3

| 10/09/2012 | Defendant's Appeal of MDJ (LT) | Judgment of Barner dated 10/02/12. Judgment for the plaintiff. Rule on plaintiff to file a complaint within 20 days of service or suffer a judgment of non pros. Tenant's monthly rent as established by MDJ $0.00. Notice of rental payments filed: A. Defendant's monthly rental payment is $0.00. Notice of appeal sent by 1st class mail to plaintiff and MDJ by Department of Court Records on 10/09/12 RENT PAYMENTS Amount $0.00 | Snyder Shannie | Document 1 |
| 10/09/2012 | Notice of Rental Payment | | Snyder Shannie | Document 2 |
| 10/09/2012 | Petition to Proceed IFP | Order of court dated 10/09/12. The defendant is permitted to proceed IFP without payment of costs or fees. Lutty, J. | Snyder Shannie | Document 4 |

| Event Schedule ||
|---|---|
| Event Scheduled | Event Date |
| Arbitration Hearing | 11/29/2012 |

If you don't have Adobe Acrobat Reader to view documents, you can get it here.