**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: SHANNI SNYDER, | ) Bank. No. 13-22125 CMB |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| ROBERT BIROS, | ) Docket No.: 19 |
| | ) Related to Docket No.: |
| Movant, | ) |
| | ) Hearing Date & Time: |
| | ) |
| vs. | ) |
| | ) |
| SHANNI SNYDER, | ) |
| | ) |
| Respondent. | ) |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this _____ day of _____, 2013, at Pittsburgh, Pennsylvania, upon Motion of Robert Biros (Petitioner), it is:

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Code is modified with respect to the premises, 2001-2009 Lehum Avenue, North Versailles, PA 15137 or Block & Lot Number 645-R-150, as more fully set forth in the legal description of the Deed, as to allow the Movant, his successor and assigns, to pursue his state court remedies and an eviction action if necessary or take any other legal or consensual action for enforcement of his right to possession of, or title to, said premises.

BY THE COURT:

_____
CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE